**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **HELZBERG DIAMOND SHOPS, INC.,** ) | |
| **d/b/a HELZBERG DIAMONDS,** ) | |
| **a Missouri corporation,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 08-0888-CV-W-GAF** |
| ) | |
| **DIAMART, INC.,** ) | |
| **a New York corporation,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Notice of Dismissal of all causes of action in the complaint against Defendant Diamart, Inc., without prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed without prejudice.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: March 24, 2009